# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Housing Enterprise Insurance
Company, Inc.,

                    Plaintiff,      Case No. 18-14022

v.                                 Judith E. Levy
                                 United States District Judge

Hope Park Homes Limited
Dividend Housing Association      Mag. Judge R. Steven Whalen
Limited Partnership, et al.,

                   Defendants.

_____/

# SCHEDULING ORDER

The Court held a status conference in the above captioned matter on August 5, 2020, and pursuant to the stipulated order dated January 4, 2021, the following are the dates set and agreed on by the parties to this litigation:

| EVENT | DEADLINE |
|---|---|
| Discovery completed by: | **May 31, 2021** |
| Dispositive Motions filed by: | **June 30, 2021** |
| Findings of Fact and Conclusions of Law filed by: | **December 6, 2021** |
| Bench Trial Date: | **December 13, 2021 at 9:00 a.m.** |

**NON-JURY TRIAL**

## Expert Discovery

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

## Discovery Disputes

As discussed at the scheduling conference, the parties are required to first confer and attempt to narrow any disagreements in regard to discovery.  E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court via telephone prior to filing any discovery motions.  The Court will then hold a telephonic conference with the parties regarding the subject of the dispute.  The Court will only permit discovery motions to be filed after it holds a telephonic conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.

Dated: January 12, 2021                    s/Judith E. Levy
Ann Arbor, Michigan                        JUDITH E. LEVY
                                           United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2021.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager