# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Housing Enterprise Ins. Co.,

        Plaintiff,

v.

Hope Park Homes Limited Dividend Housing Association Limited Partnership, *et al.*,

        Defendants.

_____/

Case No. 18-14022

Judith E. Levy
United States District Judge

Mag. Judge R. Steven Whalen

StarStone National Ins. Co.,

        Defendant/
        Cross-
        Claimant,

v.

Affinity Property Management, LLC, *et al.*,

        Defendants/
        Cross-
        Defendants.

_____/

Frederick Agee, *et al.*,

        Defendants/
        Cross-
        Claimants,

v.

StarStone National Ins. Co., *et al.*,

        Defendants/
        Cross-
        Defendants.

_____/

Frederick Agee, *et al.*,

        Defendants/
        Counter-
        Claimants,

v.

Housing Enterprise Ins. Co.,

        Plaintiff/
        Counter-
        Defendant.

_____/

## ORDER HOLDING THE SCHEDULING ORDER'S DATES IN ABEYANCE PENDING MEDIATION

In light of the parties' mediation scheduled to take place on June 17, 2021, and to allow the parties sufficient time to engage in ADR, the Court holds the dates in the scheduling order (ECF No. 97) in abeyance

pending the mediation. In the event the parties' ADR efforts are unsuccessful, the scheduling order's dates will be reset and Defendants/Counter-Plaintiffs Frederick Agee, Tammy Greenlee, T.G., T.A., KMG Prestige, Inc., and Affinity Property Management, LLC may refile their motion for partial summary judgment. (*See* ECF No. 101.) The parties must notify the Court within fourteen days of the mediation of its outcome.

    IT IS SO ORDERED.

Dated: March 2, 2021            s/Judith E. Levy  
Ann Arbor, Michigan          JUDITH E. LEVY  
                                          United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 2, 2021.

                                                      s/William Barkholz  
                                                      WILLIAM BARKHOLZ  
                                                      Case Manager